CARRADINO PERGOLA AND ALFRED DONNARUMMA, PLAINTIFFS, v. BERNARD LOBERMANN AND MARY T. LOBERMANN, DEFENDANTS.

Decided December 10, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the motion, *Philip Sherman.*

*Contra, A. Michael Lepore.*

MEMORANDUM.

An examination and consideration of the proofs before us in this matter brings us to the conclusion that the judgments should not be permitted to be opened.

The application is therefore denied, with costs.